# EXHIBIT A

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379069849349/1223106411043271/?type=3&theater



Abigail Ratchford

The Magic Lantern
Like This Page · September 27, 2016 ·

Yup!

12

Like     Comment     Share

# EXHIBIT B

6/10/2017

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.1863790698493349/1047478985272682/?type=3&theater

Ana Cheri





The Magic Lantern
Like This Page · January 6, 2016 ·

Yay or Nay?

Like        Comment        Share

39                              Top Comments

Walter Wegiel Yay!!! But is she a dancer ????

Like · Reply ·    1 · January 6, 2016 at 9:25am

View 1 more reply



The Magic Lantern Rick Paquette You're incorrect, Sir.

Like · Reply ·    1 · January 8, 2016 at 5:43am

Mike Russell Definitely would love to spend time with her

Like · Reply ·    1 · January 6, 2016 at 7:53am

Paul StAmour Nice stomach. I haven't been to the Lantern in years. I must stop by to see

3/16/2016

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379069849349/1552450674775508/?type=3&theater

1/1

Ana Cheri



The Magic Lantern
Like This Page · July 25, 2017 ·

Try and concentrate on what you were doing.

Like        Comment        Share

20              Top Comments

1 Share                        1 Comment

Mike Kacki I forgot what that was , all
of a sudden I just got very hungry !!!!!
Like · Reply · 33w

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379068984934910326454800893361/?type=3&theater

**Ana Cheri & Sara Underwood**





The Magic Lantern
Like This Page · December 10, 2015 ·

Come in TONIGHT and say "hello" to Thunder and Lighting!

16

Like          Comment          Share

Top Comments

**Mike Russell** Hello thunder and hello lightning
Like · Reply · 1 · December 10, 2015 at 12:04pm

**Pamela Creek** Yup my husband would like thunder and lightning
Like · Reply · 1 · December 10, 2015 at 12:45pm

**Herman Bishop** Salt and Pepper?
Like · Reply · 1 · December 10, 2015 at 1:17pm

**Jason Gauthier** Yes please!
Like · Reply · 1 · December 10, 2015 at 1:35pm

# EXHIBIT C

https://www.facebook.com/TMLClub/photos/a.44198821249043237742.1683790698493249109801075355283&?type=3&theater

Arianny Celeste





**The Magic Lantern**
Like This Page · March 31, 2016 ·

What nice things would you do for her?

26

Like   Comment   Share

Top Comments

**Marc Goncalves** I would give her 5 dollars for a blow job
Like · Reply · March 31, 2016 at 4:54pm

**The Magic Lantern** I'm sure she'd be so honored.
Like · Reply · 1 · April 1, 2016 at 5:25am

**Joseph Earles** That reminded me of a line from Real Genius (and if you haven't seen this movie, it's necessary - 80s geekery at its finest)...

"No, seriously, if there's ever anything I can do for you... or, more to the point, "for" you, just let me know."" ... See More
Like · Reply · 2 · March 31, 2016 at

Arianny Celeste

Timeline Photos



Like        Comment        Share        Options        Send in Messenger



**The Magic Lantern**
Like This Page · November 11, 2016 ·

We're going to have a little help on the grills tonight for our weekly STRIP & STRIP Friday. Come on down and order up your New York Strip after 5pm.

Like        Comment        Share

5                            Top Comments

Sean O'Brien Lol. Could have maybe cleaned the grill before the photo shoot. Lol
Like · Reply · January 19 at 5:31am

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379068984349/1265403201469116/?type=3&theater

# EXHIBIT D

Carmen Electra



The Magic Lantern
Like This Page · March 23, 2018

CRAZY GOOD LINEUP TONIGHT. DEFINITELY
WORTH THE TRIP OUT. HAPPY FRIDAY!

❤️😮 21

👍 Like        💬 Comment        ↪ Share        6 Comments

Most Relevant ▾

David Leblanc Sure as shit dont have
Carmen Electra there
Like · Reply · 1y

Most Relevant is selected, so some replies may
have been filtered out.

The Magic Lantern She's easy to
book now. Her career's in the tank.
Like · Reply · 1y

↳ View 2 more replies

AJ Mcgrath Ohhhh maybe ill come down.
Got any tiny ones dancing? I'm only 5'9
😂😂😂
Like · Reply · 1y

# EXHIBIT E

6/10/2017

(29) The Magic Lantern - Posts

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379306984934/910775938826119?/?type=3&theater

# Chantel Zales



**The Magic Lantern**
Like This Page · March 2, 2016 ·

Thoughts?

Like          Comment          Share

40                              Top Comments

18 Comments

1 share

**Bruce Bergeron** is there enough chlorine in that water?
Like · Reply ·     1 · March 2, 2016 at 6:07am

**Richard Viarengo** Yes when has she been there ?R@lol
Like · Reply ·     1 · March 2, 2016 at 9:16am

**Thomas Dowhower** ya a few naught thoughts
Like · Reply ·     1 · March 2, 2016 at 5:55am

**Scott Wheeler** **SKINDIVING**(snorkeling)
Like · Reply ·     1 · March 2, 2016 at 6:07am

**Dom D'Amato** Yes very naughty ones
Like · Reply ·     1 · March 2, 2016 at 6:34am

Chantel Zales





The Magic Lantern
Like This Page · December 11, 2015 ·

Thoughts?

Like        Comment        Share

52                              Top Comments

2 shares                        24 Comments

**Bruce Bergeron** yeah that blanket needs to
be straighten out and those pillows fluffed.
Like · Reply · 3 · December 11, 2015 at
10:36am

**Jacqueline Lea** She needs a bigger bra. Her
silicone looks like it's spilling out on the side
there.
Like · Reply · 2 · December 12, 2015 at
4:15pm

**Leo Champigny** What kind of dog do you
have lol
Like · Reply · 2 · December 11, 2015 at
10:04am

**Steve Mach Sr.** Put here under the

# EXHIBIT F

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379069849349/1242248265795753/?type=3&theater

Danielle Ruiz



 **The Magic Lantern**
Like This Page · October 18, 2016 ·

SEXY SCARY SCHOOLGIRL HALLOWEEN
PARTY - Friday October 28th at The Magic
Lantern in Palmer, MA. CASH PRIZES for best
ENTERTAINER and CUSTOMER schoolgirl
costumes. Mark your calendars!

Like          Comment          Share

144          Top Comments

27 shares          6 Comments

The Magic Lantern Share this post and be
entered to win the 40 inch Flat Screen!
Like · Reply ·    1 · October 20, 2016 at
6:02am

**YazMina Mauroza Rosaris** Forkey
Like · Reply · October 24, 2016 at 6:51am

1 Reply

**Mary C Breton Hickling** Looks like fun …
wish I still had the old CHS plaid lol

5/26/2017

(5) Toplessjoints - Photos

https://www.facebook.com/241197256139436/photos/a.242012242802804.1073741828.241197256139436/355532568117437/?type=3&theater

1/1

Danielle Ruiz





Toplessjoints

Like This Page · October 19, 2016 ·

The Magic Lantern #tmlclub SEXY SCARY
SCHOOLGIRL HALLOWEEN PARTY - Friday
October 28th at The Magic Lantern in Palmer,
MA. CASH PRIZES 'for best ENTERTAINER
and CUSTOMER schoolgirl costumes. Mark
your calendars! #stripclubs #specials #stripclub
#nightlife #strippers #showgirl #lapdance
#femalestrippers #bottles #adultentertainment
#poledance #latenight #palmer #drinks #drink
#entertainment #palmer — in   Palmer,
Massachusetts.

Like          Comment          Share

# EXHIBIT G

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379068984934/1264328135921098/?type=3&theater

Jaime Longoria




The Magic Lantern
Like This Page · November 10, 2016 ·

3

Like     Comment     Share

# EXHIBIT H

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379068949349/974933991939308/?type=3&theater

Jamillette Gaxiola





The Magic Lantern
Like This Page · August 11, 2015 ·

Like        Comment        Share

1

# EXHIBIT I

8/10/2017

(29) The Magic Lantern - Posts

https://www.facebook.com/TML.Club/photos/a.441968212490432.9774.168379069849349/952731701414078/?type=3&theater

Jordan Carver



The Magic Lantern
Like This Page · June 26, 2015 ·

3

Like        Comment        Share

# EXHIBIT J

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.168379068949349/1175036195850293/?type=3&theater

Julianne Klaren



**The Magic Lantern**
Like This Page · July 30, 2016 ·

Me.

Like     Comment     Share

8                        Top Comments

**Shawn Weirbrick** Tuesday night should be Twister Night!!!!
Like · Reply · July 31, 2016 at 6:05am



**The Magic Lantern** Like.
Like · Reply · July 31, 2016 at 7:36am

**David Hein** No loss it's a win win
Like · Reply · 2 · July 30, 2016 at 5:29pm

**Thomas Haney** These girls not in
Like · Reply · 1 · July 30, 2016 at 5:19pm

https://www.facebook.com/TMLClub/photos/a.4419682124904327742.16837906849349/157302143271643272?type=3&theater

## Julianne Klaren



**The Magic Lantern**
Like This Page · August 14, 2017 ·

Doing our best to make it a happy Monday for you all ! 😊

| Like | Comment | Share |

33                                    Top Comments

**Michael Roescher** 😂😂😂👍
Like · Reply · 30w                    1

**Jason Eduardo Fernandez** Lol never saw her there lol
Like · Reply · 30w

View 1 more reply

**Jason Eduardo Fernandez** Lol ok
Like · Reply · 30w                     1

# EXHIBIT K

Lucy Pinder



# EXHIBIT L

Tiffany Toth

# EXHIBIT M

8/10/2017

(29) The Magic Lantern - Posts

https://www.facebook.com/TMLClub/photos/a.441968212490432.97742.116837906984934/1032645480893616/?type=3&theater

## Ana Cheri & Sara Underwood



 **The Magic Lantern**
Like This Page · December 10, 2015 ·

Come in TONIGHT and say "hello" to Thunder and Lighting!

16

Like          Comment          Share

Top Comments

**Mike Russell** Hello thunder and hello lightning
Like · Reply · 1 · December 10, 2015 at 12:04pm

**Pamela Creek** Yup my husband would like thunder and lightning
Like · Reply · 1 · December 10, 2015 at 12:45pm

**Herman Bishop** Salt and Pepper?
Like · Reply · 1 · December 10, 2015 at 1:17pm

**Jason Gauthier** Yes please!
Like · Reply · 1 · December 10, 2015 at 1:35pm

1/1